IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GLEN DEWAYNE LEE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-CV-730-WKW |
| | ) | [WO] |
| CYNTHIA STEWART, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

On June 12, 2018, the Magistrate Judge filed a Recommendation (Doc. # 12) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 12) is ADOPTED; and

2. Mr. Glen Dewayne Lee's 28 U.S.C. § 2254 petition is DISMISSED with prejudice.

A final judgment will be entered separately.

On another note, the Clerk of the Court is DIRECTED to substitute Steven T. Marshall for Luther Strange as Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

DONE this 13th day of July, 2018.

                                                /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE